IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:24CR77 |
| | ) | |
| Plaintiff, | ) | JUDGE BRIDGET M. BRENNAN |
| | ) | |
| v. | ) | |
| | ) | |
| TERRANCE RUCKER, | ) | GOVERNMENT'S PRELIMINARY |
| | ) | STATEMENT |
| Defendant. | ) | |

The United States of America, by and through its counsel, Carol M. Skutnik, Acting

United States Attorney, and Segev Phillips and Kristen Rolph, Assistant United States Attorneys,

respectfully submit the following preliminary statement in accordance with this Court's Trial

Order.

This is a criminal case charging Defendant Terrance Rucker with four counts contained

in a six-count indictment.  The government alleges that the defendant was involved in an

agreement regarding a package that it alleges contained methamphetamine and fentanyl.  That

package was identified by postal inspectors, who removed the drugs and delivered the package

on November 6, 2023, to an address in Cuyahoga Falls, Ohio.  The government alleges that the

defendant was in agreement with the sender of the drugs and a resident of the Cuyahoga Falls

home to distribute or possess with intent to distribute the methamphetamine and fentanyl.  The

government also alleges that, on November 6, 2023, the defendant possessed another amount of

fentanyl that he intended to distribute.  The defendant denies these charges.

Count 1 charges that from on or about November 2, 2023, to on or about November 6,

2023, the defendant, Terrance Rucker, did knowingly and intentionally combine, conspire,

confederate and agree with Javay Cox and David Collins, to possess with intent to distribute 50

gram or more of methamphetamine, a Schedule II controlled substance, and 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

Count 2 charges that on or about November 6, 2023, the Defendant did knowingly and intentionally attempt to possess with the intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance.

Count 4 charges that on or about November 6, 2023, the Defendant did knowingly and intentionally attempt to possess with the intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

Count 6 charges that on or about November 6, 2023, the Defendant did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

Terrance Rucker has pleaded not guilty to these charges and is presumed innocent.

Respectfully submitted,

CAROL M. SKUTNIK
United States Attorney

By:  /s/Segev Phillips
_____
Segev Phillips (OH: 0090144)
Kristen Rolph (MI: P75375)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3877
Segev.Phillips@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this April 15, 2025, a copy of the foregoing was filed

electronically.  Notice of this filing will be sent to all parties through this Court's electronic

filing system.  A copy will also be emailed to the Defendant at Terrancerucker@gmail.com

Parties may access this filing through the Court's system.

/s/ Segev Phillips_____
Segev Phillips
Assistant United States Attorney