UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:24CR77 |
| Plaintiff, | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| v. | ) | |
| TERRANCE RUCKER, | ) | **COUNT 1: VERDICT FORM** |
| Defendants. | ) | |

With respect to Count 1 of the indictment charging Conspiracy to Possess with Intent to Distribute Controlled Substances or to Distribute Controlled Substances, in violation of Title 21, United States Code, Section 846, we the Jury, having been duly impaneled and sworn, unanimously find defendant TERRANCE RUCKER (check one):

Guilty ✓      Not Guilty _____

Each of us jurors concurring in said verdict on Count 1 signs his/her name on this 25 day of April, 2025.

47

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:24CR77 |
| | ) | |
| Plaintiff, | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| | ) | |
| v. | ) | |
| | ) | |
| TERRANCE RUCKER, | ) | **COUNT 1: SPECIAL VERDICT FORM** |
| | ) | |
| Defendant. | ) | |

*If you answered guilty on "Count 1: Verdict Form" then proceed to Question 1(a) below.*

*If you answered not guilty on "Count 1: Verdict Form" then skip to "Count 2: Verdict Form."*

Question 1(a): We the Jury, having been duly impaneled and sworn, unanimously find:

With respect to Count 1, the amount of Methamphetamine was (indicate answer by checking one line below):

    ✓ 50 grams or more

    _____ 5 grams or more but less than 50 grams

    _____ less than 5 grams

With respect to Count 1, the amount of the mixture or substance containing a detectable amount of Fentanyl was (indicate answer by checking one line below):

    ✓ 400 grams or more

    _____ 40 grams or more but less than 400 grams

    _____ less than 40 grams

Proceed to the signature lines.

48

49

Each of us jurors concurring in said special verdict for Count 1 signs his/her name on this 25 day of April, 2025.

49

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:24CR77 |
| | ) | |
| Plaintiff, | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| | ) | |
| v. | ) | |
| | ) | |
| TERRANCE RUCKER, | ) | **COUNT 2: VERDICT FORM** |
| | ) | |
| Defendant. | ) | |

With respect to Count 2 of the indictment charging Attempted Possession with Intent to Distribute Methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A) and 846, we the Jury, having been duly impaneled and sworn, unanimously find defendant TERRANCE RUCKER (check one):

Guilty ____✓____         Not Guilty _____

Each of us jurors concurring in said verdict for Count 2 signs his/her name on this

__25__ day of __April__, 2025.

[signatures redacted]

50

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:24CR77 |
| Plaintiff, | ) ) | JUDGE BRIDGET MEEHAN BRENNAN |
| v. | ) ) ) | |
| TERRANCE RUCKER, | ) | **COUNT 2: SPECIAL VERDICT FORM** |
| Defendant. | ) ) | |

*If you answered guilty on "Count 2: Verdict Form" then proceed to Question 2(a).*

*If you answered not guilty on "Count 2: Verdict Form" then skip to "Count 4: Verdict Form."*

Question 2(a): We the Jury, having been duly impaneled and sworn, unanimously find that, with respect to Count 2, the amount of Methamphetamine was (indicate answer by checking one line below):

   ✓    50 grams or more

_____ 5 grams or more but less than 50 grams

_____ less than 5 grams

Proceed to the signature lines.

51

52

Each of us jurors concurring in said special verdict for Count 2 signs his/her name on this 25 day of April, 2025.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:24CR77 |
| Plaintiff, | ) ) ) | JUDGE BRIDGET MEEHAN BRENNAN |
| v. | ) ) | |
| TERRANCE RUCKER, | ) ) | **COUNT 4: VERDICT FORM** |
| Defendant. | ) ) | |

With respect to Count 4 of the indictment charging Attempted Possession with Intent to Distribute a mixture or substance containing a detectable amount of Fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A) and 846, we the Jury, having been duly impaneled and sworn, unanimously find defendant TERRANCE RUCKER (check one):

Guilty ✓          Not Guilty _____

Each of us jurors concurring in said verdict for Count 4 signs his/her name on this 25 day of April, 2025.

[signatures redacted]

53

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:24CR77 |
| | ) | |
| Plaintiff, | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| | ) | |
| v. | ) | |
| | ) | |
| TERRANCE RUCKER, | ) | **COUNT 4: SPECIAL VERDICT FORM** |
| | ) | |
| Defendant. | ) | |

*If you answered guilty on "Count 4: Verdict Form" then proceed to Question 4(a) below.*

*If you answered not guilty on "Count 4: Verdict Form" then skip to "Count 6: Verdict Form."*

Question 4(a): We the Jury, having been duly impaneled and sworn, unanimously find that, with respect to Count 4, the amount of the mixture or substance containing a detectable amount of Fentanyl was (indicate answer by checking one line below):

__✓__ 400 grams or more

_____ 40 grams or more but less than 400 grams

_____ less than 40 grams

Proceed to the signature lines.

54

55

Each of us jurors concurring in said special verdict for Count 4 signs his/her name on this 25 day of April, 2025.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:24CR77 |
| | ) | |
| Plaintiff, | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| | ) | |
| v. | ) | |
| | ) | |
| TERRANCE RUCKER, | ) | COUNT 6: VERDICT FORM |
| | ) | |
| Defendant. | ) | |

With respect to Count 6 of the indictment charging Possession with Intent to Distribute a mixture or substance containing a detectable amount of Fentanyl, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C), we the Jury, having been duly impaneled and sworn, unanimously find defendant TERRANCE RUCKER (check one):

Guilty ✓          Not Guilty _____

Each of us jurors concurring in said verdict for Count 6 signs his/her name on this 25 day of APRIL, 2025.

[signatures redacted]

56